IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SONNY RAY HARDAWAY,

        Plaintiff,                      CV F 07 0166 LJO SMS P

  vs.                                 ORDER TO SHOW CAUSE

A. PEAR, et al.,

        Defendants.

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff has submitted request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

        Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation at North Kern State Prison, brings this civil rights action against Correctional Officers Pear and Gather, employees of the CDCR at North Kern. Plaintiff claims that some of his property was wrongfully confiscated. Plaintiff also sets forth allegations regarding his attempts to file prison grievances.

        The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States

that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury."

This plaintiff has, on 3 prior occasions, brought civil actions challenging the conditions of his confinement. All three action were dismissed as frivolous, or for failure to state a claim upon which relief can be granted. Hardaway v. Money, CV S 01 0458 FCD DAD P; Hardaway v. Wright, CV S 01 0958 GEB DAD P; Hardaway v. State of California, CV S 06 0695 MCE PAN P. The court notes that in case number C 06-6786 JF (PR) in the Northern District, the court noted that Plaintiff had suffered three or more dismissals on the ground that they are frivolous, malicious, or fail to state a claim upon which relief may be granted. Hardaway v. Beaupre, et al., C 00-4603 CAL (dismissed March 7, 2001); Hardaway v. Vens, C 00-3653 CAL (dismissed November 28, 2000); Hardaway v. Madigan, C 98-1989 FMS (dismissed May 19, 1998); Hardaway v. Prenate, et al., C 97-451 FMS (dismissed February 5, 1997); Hardaway v. Board of Prison Terms, C 91-658 CAL (dismissed March 27, 1991). Plaintiff is therefore not entitled to proceed in forma pauperis unless he alleges facts indicating that he is in imminent danger of serious physical injury. Plaintiff alleges no such facts in this case.

Accordingly, IT IS ORDERED that Plaintiff show cause, within thirty days, why he should not be denied leave to proceed in forma pauperis and directed to pay the filing fee in full

IT IS SO ORDERED.

**Dated:   December 7, 2007**          /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE