# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY RAY HARDAWAY,<br><br>               Plaintiff,<br><br>    v.<br><br>A. PEAR, et al.,<br><br>               Defendants.<br>_____/ | CASE NO. 1:07-cv-01664-LJO-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 5)<br><br>ORDER FINDING PLAINTIFF INELIGIBLE TO PROCEED IN FORMA PAUPERIS, AND REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE IN FULL WITHIN THIRTY DAYS OR THIS ACTION WILL BE DISMISSED |

       Plaintiff Sonny Ray Hardaway ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On February 7, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection to the Findings and Recommendations on March 13, 2008.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

       28 U.S.C. § 1915 provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any

facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Plaintiff has had three or more actions dismissed as frivolous, as malicious, or for failing to state a claim upon which relief may be granted.[1] The Court has reviewed plaintiff's complaint and finds that plaintiff does not meet the imminent danger exception. <u>Andrews v. Cervantes</u>, 493 F.3d 1047, 1053 (9th Cir. 2007). Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendations, filed February 7, 2008, is adopted in full;

    2. Pursuant to 28 U.S.C. § 1915(g), plaintiff is ineligible to proceed in forma pauperis in this action; and

    3. Plaintiff shall pay the $350.00 filing fee in full within **thirty (30) days** from the date of service of this order or this action will be dismissed, without prejudice.

IT IS SO ORDERED.

**Dated:   March 17, 2008**             /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

---

[1] The Court takes judicial notice of case numbers 2:01-cv-00458-FCD-DAD PC <u>Hardaway v. Money</u> (E.D. Cal.) (dismissed 07/12/06 for failure to state a claim); 2:01-cv-00958-GEB-DAD PC <u>Hardaway v. Wright</u> (E.D. Cal.) (dismissed 07/22/06 for failure to state a claim); 2:01-cv-00695-MCE-PAN PC <u>Hardaway v. State of California</u> (E.D. Cal.) (dismissed 08/09/06 for failure to state a claim); 5:06-cv-02983-JF <u>Hardaway v. Twelve Jurors</u> (N.D. Cal.) (dismissed 08/31/06 for failure to state a claim); 5:06-cv-03637-JF <u>Hardaway v. Barni, et al.</u> (N.D. Cal.) (dismissed 12/11/06 for failure to state a claim); 5:06-cv-06786-JF <u>Hardaway v. Specter</u> (N.D. Cal.) (dismissed 12/11/06 for failure to state a claim); and 5:06-cv-06578-JF <u>Hardaway v. Lambden, et al.</u> (N.D. Cal.) (dismissed 01/12/07 for failure to state a claim).