IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY RAY HARDAWAY, | 1:07-cv-01664-LJO-SMS (PC) |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY THE FILING FEE IN FULL |
| vs. | |
| A. PEAR, et al, | (Doc. 8) |
| Defendants. / | |

On March 17, 2008, pursuant to 28 U.S.C. § 1915(g), the Court found Plaintiff ineligible to proceed in forma pauperis and ordered Plaintiff to pay the $350.00 filing fee in full within thirty days. Plaintiff was warned that this action would be dismissed if he failed to comply. More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order. Accordingly, pursuant to section 1915(g), this action is HEREBY DISMISSED, without prejudice, based on Plaintiff's failure to pay the filing fee.

IT IS SO ORDERED.

Dated:   April 30, 2008                    /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

-1-